**Order entered April 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00543-CV

### IN RE YAN BENJAMIN WILHELM ASSOUN, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-55049-2009**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's emergency motion for stay. We **ORDER** relator to bear the costs of this

original proceeding.


/s/     LANA MYERS
        JUSTICE